FILED
4/25/17 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PATRICIA A. ROCCO            :    Case No. 17-10315 TPA
      *Debtor*            :    Chapter 7
                  :    Related to Document No. 8, 12, 16
                  :    Hearing: May 18, 2017 at 2:30 P.M.

### ORDER

*AND NOW*, this **25th** day of *April, 2017,* it is **ORDERED, ADJUDGED and DECREED** that the hearings on the *Order to Show Cause*, filed at Document No. 8, the *Motion Objecting to Discharge under Section 727(a)(8) and (a)(9)* filed at Document No. 12, and the *Motion to Convert*, filed at Document No. 16 previously scheduled for May 18, 2017 at 10:30 A.M. in the Erie Bankruptcy Courtroom, U. S. Courthouse, 17 South Park Row, Erie, PA 16501, remain scheduled on the same date but the *time has been changed to 2:30 P.M.*

_____
Thomas P. Agresti, Judge    **jlm**
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    David J. Graban, Esq.
    Tamera Ochs Rothschild, Esq.
    Larry E. Wahlquist, Esq.
    Matthew M. Pavlovich, Esq.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-10315-TPA
Patricia A. Rocco                                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                    Page 1 of 1              Date Rcvd: Apr 25, 2017
                              Form ID: pdf900               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db             +Patricia A. Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904
               +Ronda J. Winnecour, Esq.,    Suite 3250, USX Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
      David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
       larry.e.wahlquist@usdoj.gov
      Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
       sruschak@prpclaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                                   TOTAL: 5