**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia A. Rocco <br> <u>Debtor(s)</u> | CHAPTER 7 <br><br> BKY. NO. 17-10315 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Attorney for Movant/Applicant