FILED
5/15/17 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: [N]

PATRICIA A. ROCCO         :    Case Number 17-10315 TPA
       *Debtor*           :    Chapter 7
                          :    Related to Document No. 19

## ORDER

AND NOW, this **15th** day of **May, 2017**, it is hereby **ORDERED, ADJUDGED and DECREED** that the above-captioned case is **DISMISSED** with prejudice, subject to a two year bar to refiling for failure of the Debtor to comply with the Court's Status Report requirement in the Order dated April 24, 2017 filed at Document No. 19 and for failure to attend the 341 Meeting of Creditors scheduled for May 9, 2017.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349*, and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after the date of this Order.

Debtor remains legally liable for all of their debts as if the bankruptcy petition had not been filed.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patricia A. Rocco
      Debtor

Case No. 17-10315-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1       User: jmar       Page 1 of 1       Date Rcvd: May 15, 2017
                 Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
```
db              +Patricia A. Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904
14392299         Fay Servicing,    PO Box 88009,    Chicago, IL 60680-1009
14392300        +Frank Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904
14392301         Mercer County Tax Claim Burea,    Mecer County Courthouse,    Mercer, PA 16137
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14392302        +E-mail/Text: bankruptcy@firstenergycorp.com May 16 2017 00:47:43      Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK NA
cr              Pennsylvania Power Company
                                                                                TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
```
              David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
              James  Warmbrodt    on behalf of Creditor    PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
               sruschak@prpclaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
              Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
               pa70@ecfcbis.com
                                                                                             TOTAL: 7
```