## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Patricia Rocco | : | Case No. 17-10315 |
| | : | |
| Debtor(s) | : | Chapter 13 |

## STATUS REPORT

Debtor through Attorney David J. Graban Reports as follows:

1. This Honorable Court by order dated June 5, 2017 of Judge Thomas P. Agresti, reconsidered and reopened the Chapter 7 case and converted it to a Chapter 13 case.

2. Attorney David J. Graban was properly criticized and was warned of increased sanctions because of failing to comply with the court order dated April 4, 2017.

3. Debtor has filed a Chapter 13 Plan dated June7, 2017. The plan has 60 payments of $775.28 directly paid by the debtor. The payment consists of $70.48 to the Trustee, $335.75 to Penn Power and $369.05 to Mercer County Tax Bureau.

4. Debtor has made a payment of $300.00 to the Chapter 13 Trustee.

5. Debtor will attempt to sell rental properties in Sharon, PA and the proceeds of the sale will fund this plan.

6. Debtor will attend all Court and Trustee hearings.

Dated: 06/07/2017

Respectfully submitted,

   /s/ David J. Graban
David J. Graban
Attorney for Petitioners
PA ID 18136
5569 E. State Street
Hermitage, PA 16148
(724) 981-0620