UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 17-10315 |
| Patricia A. Rocco | : | |
| Debtor(s) | : | |
| | : | |
| Patricia A. Rocco | : | Chapter 13 |
| Movant(s), | : | |
| | : | |
| vs. | : | |
| No Respondents | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN AND STATUS REPORT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 7, 2017.

The type(s) of service made on the parties was first class mail and email.
Executed on: 6/7/2017

Patricia Rocco
568 Crestview Drive
Transfer, PA 16154

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Larry E. Wahlquist
U.S. Trustee Program/Dept. of Justice
larry.e.wahlquist@usdoj.gov

Penn Power
PO Box 3687
Akron, OH 44309

Mercer County Tax Claim Bureau
Mercer County Courthouse
Mercer, PA 16137

/s/ David J. Graban
David J. Graban
5569 East State Street
Hermitage, PA 16148
724-981-0620
PA ID 18136