**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Patricia A. Rocco**
    Debtor(s)

Bankruptcy Case No.: 17–10315–TPA

Chapter: 13
Docket No.: 30 – 29

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

      Tamera Ochs Rothschild has been removed as trustee from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: June 5, 2017

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10315-TPA
Patricia A. Rocco                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: gamr           Page 1 of 1            Date Rcvd: Jun 05, 2017
                        Form ID: 143         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: trothschild@gmx.com Jun 06 2017 10:32:01    Tamera Ochs Rothschild,
     318 W. Spring Street,    Titusville, PA 16354-1659
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:
      David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
      James    Warmbrodt    on behalf of Creditor    PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
    NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
    larry.e.wahlquist@usdoj.gov
      Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
    sruschak@prpclaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
      Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
    pa70@ecfcbis.com
                                                                                             TOTAL: 7