FILED
6/8/17 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| PATRICIA A. ROCCO | : | Case Number 17-10315 TPA |
| *Debtor* | : | Chapter 13 |
| | : | Related to Document No. 34, 35 |
| | : | Hearing: June 21, 2017 at 11:30 A.M. |

## ORDER SCHEDULING STATUS CONFERENCE

*AND NOW*, this **8th** day of ***June, 2017,*** a ***Chapter 13 Plan*** having been filed at Document No. 34 and a ***Status Report*** having been filed at Document No. 35 in the above-referenced case number,

It is hereby **ORDERED, ADJUDGED and DECREED** that ***Patricia A. Rocco*** shall ***personally*** appear at a ***Status Conference*** scheduled for ***June 21, 2017*** at ***11:30 A.M.*** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania 16501.

_____
Thomas P. Agresti, Judge        jlm
United States Bankruptcy Court

Case Administrator to serve:
    David J. Graban, Esq.
    Debtor
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10315-TPA
Patricia A. Rocco                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy             Page 1 of 1           Date Rcvd: Jun 08, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
db            +Patricia A. Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
              James Warmbrodt    on behalf of Creditor   PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
               sruschak@prpclaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
               pa70@ecfcbis.com
                                                                                             TOTAL: 7