Case 17-10315-TPA    Doc 45    Filed 06/22/17    Entered 06/22/17 16:17:59    Desc Main
                    Document      Page 1 of 1

FILED
6/22/17 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10315-TPA |
| | : | |
| Patricia A. Rocco | : | Chapter: 13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 6/21/2017 |
| | : | Time: 11:30 |

### PROCEEDING MEMO

**MATTER:**   #40 Stat. Conf. on Ch. 13 Plan and Status Rpt.
*(Debtor to personallly appear)*

**APPEARANCES:**
Debtor:      David J. Graban + Debtor
Penn Power:  Susanne Rushak
Trustee:     Owen Katz

**NOTES:**

Graban:   Pay $500, not $335.  Mr. Rocco is helping with funding.

Debtor:   Penn Power is paid (not arrearage)

Rushak:

**OUTCOME:**   No order required

*/s/ [signature]*

jlm