FILED
8/8/17 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 17-10315 |
| Patricia Rocco | Chapter 13 |
|      Debtors | |
| Patricia Rocco | |
|      Movant | Hearing Date and Time |
| | August 8, 2017 09:00 AM |
| v. | Related to Document No. 49 |
| Fay Servicing | |
| Frank Rocco | |
| Mercer County Tax Claim Bureau | |
| Penn Power | |
|      Respondents | |

### ORDER OF COURT

AND NOW, this ___8th___ day of August, 2017, upon consideration of Debtor's Motion For Continue, the Continue is granted.

Counsel for the Debtor shall immediately contact the Trustee for the rescheduled date, prepare the Notice of Rescheduled 341 Meeting of Creditors, serve all parties and file the Notice and a Certificate of Service with the Court on or before *August 13, 2017.*

jlm

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patricia A. Rocco
       Debtor

Case No. 17-10315-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1       User: gamr       Page 1 of 1       Date Rcvd: Aug 08, 2017
                   Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db             +Patricia A. Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
         David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
         James Warmbrodt    on behalf of Creditor    PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
         NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    Fay Servicing, LLC pawb@fedphe.com,
         james.prostko@phelanhallinan.com
         Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
         larry.e.wahlquist@usdoj.gov
         Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
         sruschak@prpclaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
         pa70@ecfcbis.com
                                                 TOTAL: 9