FILED
8/15/17 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICIA A. ROCCO                 :    Case No. 17-10315-TPA
      *Debtor*               :    Chapter 13
                                  :    Related to Document No. 50
                                  :    Hearing: August 31, 2017 at 11:30 A.M.

## ORDER TO SHOW CAUSE

On August 8, 2017, an ***Order Granting Motion to Continue*** at Document No. 50 was entered by this Court as a result of the *Motion to Continue* filed by the Debtor at Document No. 49, and Debtor's Counsel having failed to comply with said *Order*, that is:

> Counsel for the Debtor shall immediately contact the Trustee for the rescheduled date, prepare the Notice of Rescheduled 341 Meeting of Creditors, serve all parties and file the Notice and a Certificate of Service with the Court on or before August 13, 2017.

***AND NOW***, this **15th** day of ***August, 2017***, it is hereby **ORDERED, ADJUDGED and DECREED** that an ***Order to Show Cause*** is issued against **David J. Graban, Esq.** to ***personally*** appear at a hearing scheduled on ***August 31, 2017*** at ***11:30 A.M.*** in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 to show cause as to why the case should not be dismissed and/or other sanctions, monetary or otherwise, should not be imposed for his failure to timely comply with this Court's *Order*.

_____   jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    David J. Graban, Esq.
    Ronda J. Winnecour, Esq.

1

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                           Case No. 17-10315-TPA
Patricia A. Rocco                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 1              Date Rcvd: Aug 15, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db             +Patricia A. Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
              James  Warmbrodt    on behalf of Creditor    PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Fay Servicing, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
               sruschak@prpclaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
               pa70@ecfcbis.com
                                                                                              TOTAL: 9