IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Patricia Rocco | : | Case No.17-10315TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Patricia Rocco | : | |
| | : | Related to Document # 57 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondent Named | : | |
| | : | Hearing Date 8/31/2017 |

## TRUSTEE'S RESPONSE TO MOTION TO RESCHEDULE OR CANCEL ORDER TO SHOW CAUSE HEARING

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. Admitted.

2. Denied that debtor's counsel contacted the Trustee's office on 8-9-2017 to obtain a date for a rescheduled meeting of creditors. Debtor's counsel did not contact the Trustee's office until 8-10-2017 at 10:34 a.m.

3. Denied that debtor's counsel did not receive a response from the Trustee's office until 8-14-2017, and denied that the Trustee's office advised that 9-6-2017 was to be the date for the rescheduled meeting of creditors. Debtor's counsel was contacted by the Trustee's office on 8-11-17 at 2:37 p.m., and advised that the rescheduled meeting of creditors should be set for 9-5-2017 (a regular meeting of creditors day on the Erie calendar).

4-8. The Trustee neither admits or denies these averments, lacking sufficient knowledge of these averments to do so.

WHEREFORE, the Trustee so reports to the Court.

                                                RONDA J. WINNECOUR,
                                                CHAPTER 13 TRUSTEE

Date:  8/22/17                        by     <u>_/s/ Richard J. Bedford</u>
                                                Richard J. Bedford - PA I.D. #25069
                                            Attorney for Trustee
                                            US Steel Tower – Suite 3250
                                            600 Grant St.
                                            Pittsburgh, PA  15219
                                            (412) 471-5566
                                            rbedford@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Patricia Rocco | : | Case No.17-10315TPA |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Patricia Rocco | : | |
| | : | Related to Document # 57 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| No Respondent Named | : | |
| | : | Hearing Date 8/31/2017 |

### CERTIFICATE OF SERVICE

I hereby certify that on the 22ND of August 2017, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Patricia A. Rocco
568 Crestview Drive
Transfer PA 16154

David J. Graban, Esquire
5569 East State Street
Hermitage PA 16148

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com