FILED
8/21/17 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICIA A. ROCCO                :    Case No. 17-10315-TPA
    *Debtor*                     :    Chapter 13
                                 :
PATRICIA A. ROCCO                :    Related to Document No. 57
    *Movant*                     :
                                 :
v.                               :
                                 :
NO RESPONDENT                    :    Hearing: August 31, 2017 at 11:30 A.M.

## ORDER

AND NOW, this **21st** day of **August, 2017,** in light of the ***Motion to Reschedule or Cancel Order to Show Cause Hearing*** filed by David J. Graban, Esq., Counsel for the Debtor, at Document No. 57, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The *Motion* is **DENIED without prejudice** for failure of Counsel to comply with this Court's Text Order dated August 18, 2017 at Document No. 56, requiring Attorney Graban to refile, re-serve and certify the same regarding the required Notice of Rescheduled 341 Meeting of Creditors.

(2)    In the event a renewed motion for continuance is filed, before any continuance can be allowed, Attorney Graban shall verify/document that the "Estate Litigation" hearing scheduled in Mercer County was scheduled prior to the Court scheduling the Order to Show Cause hearing in this matter.

Serve:
Debtor
Atty Graban
Atty [illegible]

JUDGE THOMAS P. AGRESTI
United States Bankruptcy Court
U.S. Courthouse, Suite B250
17 South Park Row
Erie, PA 16501

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10315-TPA
Patricia A. Rocco                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr              Page 1 of 1              Date Rcvd: Aug 22, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
db             +Patricia A. Rocco,   568 Crestview Drive,   Transfer, PA 16154-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
              James Warmbrodt    on behalf of Creditor   PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
               NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   Fay Servicing, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
               sruschak@prpclaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
               pa70@ecfcbis.com
                                                                                             TOTAL: 9