Case 17-10315-TPA    Doc 67    Filed 09/13/17    Entered 09/13/17 16:18:41    Desc Main
                              Document            Page 1 of 1

FILED
9/13/17 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10315-TPA |
| Patricia A. Rocco | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 9/13/2017 |
| | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**       #53 Order to Show Cause against David J. Graban, Esq. for failure to comply with a Court Order

**APPEARANCES:**
          Debtor:     David J. Graban
          Trustee:    Jana Pail

**NOTES:**

Graban:          I agree.    The Debtor did nothing wrong.    Unique circumstances.    Debtor is recovering.


**OUTCOME:**       (10:47) Chambers to issue Order.

jlm