FILED
9/13/17 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| PATRICIA A. ROCCO, *Debtor.* | : : : : : : : : | Case No. 17-10315-TPA<br>Chapter 13<br><br>Related to Doc. No. 53. |

## ORDER

AND NOW, this *13th* day of *September, 2017*, after hearing on the *Order to Show Cause* issued on August 15, 2017 at Document No. 53, against the Debtor for failure to comply with the Court's *Order Granting Motion to Continue* at Document No. 50,

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that based on statements made by Debtor's Counsel at the hearing, the *Order to Show Cause* is **VACATED** with the condition that further violations will result in the "9/13" consequences stated by the Court at today's hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    David J. Graban, Esq.
    Ronda Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patricia A. Rocco
       Debtor

Case No. 17-10315-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Sep 14, 2017
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db          +Patricia A. Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
         David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net
         James Warmbrodt    on behalf of Creditor    PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK
          NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
          individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com
         James A. Prostko    on behalf of Creditor    Fay Servicing, LLC pawb@fedphe.com,
          james.prostko@phelanhallinan.com
         Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
          larry.e.wahlquist@usdoj.gov
         Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com,
          sruschak@prpclaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
          pa70@ecfcbis.com
                                                                                                                                                                TOTAL: 9