Certificate Number: 05781-PAW-DE-029949910

Bankruptcy Case Number: 17-10315



05781-PAW-DE-029949910

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2017, at 5:24 o'clock PM PDT, Patricia Rocco completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    September 28, 2017            By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President