IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Patricia A. Rocco**<br><br>Debtor<br><br>**Patricia A. Rocco**<br><br>Movant<br><br>v.<br><br>No Respondent | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | Bankruptcy No. **17-10315**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**David J. Graban 18136**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Sharon Sanitary Authority, 155 W. Connelly Blvd., Sharon, PA 16146

PA Dept of Revenue, PO Box 280432, Harrisburg, PA 17128-0432

By: **/s/ David J. Graban**
Signature
**David J. Graban 18136**
Typed Name
**5569 East State Street**
**Hermitage, PA 16148**
Address
**724-981-0620 Fax:724-981-2965**
Phone No.
**18136**
List Bar I.D. and State of Admission