Form 006

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Patricia A. Rocco**                                   :       Case No. 17–10315–TPA
*Debtor(s)*                                             :
                                                        :       Chapter: 13
                                                        :
                                                        :
                                                        :

**ORDER**

     **AND NOW,** this *2nd day of October, 2017*, the Debtor(s) having filed an *Amendment to Schedule* **F** filed on **October 1, 2017**

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)    The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

     (2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

     (3)    **On or before November 1, 2017 or the date set forth in the Section 341 Meeting** *Notice*, whichever is later, any **Objection to Discharge** (if applicable), **Request for a 341 Meeting** (if applicable), and/or **Objections to Exemptions** shall be filed.

     (4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

     (5)    **FAILURE TO SERVE** the appropriate documents and file a timely **Certificate of Service** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

     (6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

cm: Debtor

                                                   */s/ Thomas P. Agresti*
                                                   Thomas P. Agresti, Judge
                                                   United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Patricia A. Rocco  
    Debtor

Case No. 17-10315-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 1     Date Rcvd: Oct 02, 2017  
                        Form ID: 006     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.  
db         +Patricia A. Rocco,    568 Crestview Drive,    Transfer, PA 16154-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:

      David J. Graban    on behalf of Debtor Patricia A. Rocco graban@verizon.net  
      James Warmbrodt    on behalf of Creditor    PROF-2013-M4 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-2 bkgroup@kmllawgroup.com  
      James A. Prostko    on behalf of Creditor    Fay Servicing, LLC pawb@fedphe.com, james.prostko@phelanhallinan.com  
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
      Matthew M. Pavlovich    on behalf of Creditor    Pennsylvania Power Company mpavlovich@prpclaw.com, sruschak@prpclaw.com  
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com, pa70@ecfcbis.com

                                                                                                                                                                             TOTAL: 9