UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Patricia Rocco<br>    Debtors | Case No. 17-10315<br>Chapter 13 |
| Patricia Rocco<br>    Movant | Related to Document No. 74, 75, 77 |
| v.<br>No Respondent<br>    Respondents | |

**CERTIFICATE OF SERVICE OF ORDER DATED 10/2/2017, 341 MEETING OF CREDITORS NOTICE, AND AMENDED SCHEDULES E AND F**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 5, 2017.

The type(s) of service made on the parties was first class mail and email.
Executed on: 10/5/2017

Patricia Rocco
568 Crestview Drive
Transfer, PA 16154

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Sharon Sanitary Authority
155 W. Connelly Blvd.
Sharon, PA 16146

PA Dept. of Revenue
PO Box 280432
Harrisburg, PA 17128-0432

/s/ David J. Graban
David J. Graban
5569 East State Street
Hermitage, PA 16148
724-981-0620
PA ID 18136