Case 17-10315-TPA    Doc 80    Filed 01/10/18    Entered 01/10/18 10:14:03    Desc Main
Document    Page 1 of 1

FILED
1/10/18 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Patricia A. Rocco
Case Number: 17-10315        Chapter: 13
Date / Time / Room: January 9, 2018 at 1:30 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #34 - Final Confirmation Plan dated 6/7/17 (N)

### Appearances:

Debtor: Graban
Trustee: Winnecour / Bedford / Katz / Pail
Creditor:

*(handwritten notes:)*
— Fay servicing (to be paid outside of plan) has not been paid.
— Q about special classification for penn power — rental property
— Feasibility issue
— Says now getting rental income

### Proceedings:

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ___ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **2/27/18**
   Objections are due on or before **3/13/18**.
   A hearing on the Amended Plan is set for **4/10/18** at **1:30 pm**
9. ___ Other: Con H for amended plan with Fay servicing in plan, adequate funding and proof of payment ability.

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

*(handwritten:)* adequate funding includes sufficient funds to pay specially classified & to satisfy BE & LAT tests