UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 17-10315 |
| Patricia A. Rocco | : | |
| Debtor(s) | : | |
| | : | |
| Patricia A. Rocco | : | Chapter 13 |
| Movant(s), | : | |
| | : | |
| vs. | : | |
| No Respondents | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN AND ORDER DATED 01/10/2018**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 25, 2018.

The type(s) of service made on the parties was first class mail and email.
Executed on: 2/25/2018

Patricia Rocco
568 Crestview Drive
Transfer, PA 16154

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Fay Servicing LLC
Bankruptcy Dept.
3000 Kellyway Drive Ste 150
Carrollton, TX 75006

Mercer County Tax Claim Burea
3 Mercer County Courthouse
Mercer, PA 16137

PA Dept. of Revenue
Harrisburg, PA

Penn Power
PO Box 3687
Akron, OH 44309

Sharon Sanitary Authority
135 W. Connelly Blvd.
Sharon, PA 16146

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440

/s/ David J. Graban
David J. Graban
5569 East State Street
Hermitage, PA 16148
724-981-0620
PA ID 18136