Case 17-10315-TPA    Doc 87    Filed 04/12/18    Entered 04/12/18 11:14:07    Desc Main
Document    Page 1 of 1

FILED
4/12/18 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Patricia A. Rocco
Case Number: 17-10315                                  Chapter: 13
Date / Time / Room: April 10, 2018 at 1:30 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**     #83 - Amended Plan dated 2/18/18 (N)

*medical problems has resulted in plan default.*

*Arrears of 9322.50 per 3/18.*

*plan no longer feasible.*

**Appearances:**

Debtor: Graban
Trustee: Winnecour / Katz / Pail  (Katz circled)
Creditor:

**Proceedings:**

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Other: *Debtors request dismissal.*

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____