**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICIA A. ROCCO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-10315 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/30/2017 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,805.00 |
| Less Refunds to Debtor | 2,687.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 117.03 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 117.03 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 117.03 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PROF-2013-M4 LEGAL TITLE TRUST II, BY U<br>Acct: 0952 | 0.00 | 0.00 | 0.00 | 0.00 |
| MERCER COUNTY TAX CLAIM BUREAU<br>Acct: 1200 | 2,808.49 | 0.00 | 0.00 | 0.00 |
| MERCER COUNTY TAX CLAIM BUREAU<br>Acct: 2940 | 19,907.12 | 0.00 | 0.00 | 0.00 |
| PROF-2013-M4 LEGAL TITLE TRUST II, BY U<br>Acct: 0952 | 55,979.58 | 0.00 | 0.00 | 0.00 |
| ***NONE*** | | | | |
| Priority | | | | |
| DAVID J GRABAN ESQ*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PATRICIA A. ROCCO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID J GRABAN ESQ*<br>Acct: | 1,500.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PATRICIA A. ROCCO | 2,687.97 | 2,687.97 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| JAMES A PROSTKO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN POWER/FIRST ENERGY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7066 | | | | |
| UPMC HEALTH SERVICES | 357.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1045 | | | | |
| SHARON SANITARY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4001 | | | | |
| FRANK ROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                             0.00

TOTAL CLAIMED
PRIORITY            0.00
SECURED        78,695.19
UNSECURED         357.80


Date: 05/21/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com